IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                           NO. 4:94CR00119-002 SWW

JOSEPH RIGGINS

**ORDER**

The above entitled cause came on for hearing on December 4, 2012 on government's petition to revoke the supervised release [doc #131] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke [doc #131] is **granted** and the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TWELVE (12) MONTHS AND ONE (1) DAY** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at FCI Forrest City, Arkansas.

There will be **NO** supervised release to follow.

The defendant is eligible to self-report to the designated facility **by NOON on Tuesday, January 22, 2013.** Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of his supervised release prior to the report date, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 6th day of December 2012.

/s/Susan Webber Wright

United States District Judge